IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARKUS D. COFER,<br>　　　　Plaintiff, | §<br>§<br>§ |
| v. | § No. 3:22-CV-2657-D |
| | § |
| PEOPLE OF THE WORLD,<br>　　　　Defendant. | §<br>§<br>§ |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated December 2, 2022, the undersigned district judge finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

Accordingly, plaintiff's motion for leave to proceed *in forma pauperis* [ECF No. 4] is denied. Plaintiff must pay the $402.00 filing fee no later than February 13, 2023. If he fails to do so, this action will be dismissed without prejudice.

**SO ORDERED**.

January 30, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE